```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                   AT ROANOKE, VA
                                                        FILED

                                                    JUN 1 5 2005
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| JOHN R. EVANS, ET AL., <br>     Plaintiffs, | Civil Action No. 7:05-CV-00369 |
| v. | **FINAL ORDER** |
| ORANGE CENTRAL VIRGINIA REGIONAL JAIL, ET AL., <br>     Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this civil rights action be and hereby is **FILED** and **DISMISSED**, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies. This action is hereby stricken from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order to the plaintiff.

ENTER: This 14th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE